1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   RYAN REZAEI (CABN 285133)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      casey.boome@usdoj.gov
       ryan.rezaei@usdoj.gov
9
   Attorneys for United States of America
10
                           UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,           ) NO. CR 19-226 RS
                                          )
15 |         Plaintiff,                    ) STIPULATION AND [PROPOSED]
                                          ) ORDER EXCLUDING SPEEDY TRIAL
16 |     v.                                ) TIME FROM JUNE 17, 2019 UNTIL
                                          ) SEPTEMBER 17, 2019
17 | LORENZO LEE,                         )
        a/k/a "O.G.,"                     )
18 | JEFFREY MCCOY,                       )
   ANTHONY BROWN,                         )
19 |    a/k/a "Ant Man,"                  )
   DESHAWNTE GAMBOA,                      )
20 | DEBORAH POLK,                        )
   EVAN MARTINEZ-DIAZ,                    )
21 | MAGO AGUILAR-PACHECO,                )
   CESAR ALVARADO,                        )
22 | JESSE LOPEZ, III,                    )
   JOSE DELGADILLO,                       )
23 |    a/k/a "Tepa,"                     )
   MARCO DELGADILLO,                      )
24 |    a/k/a "Tonio,"                    )
   LUIS TORRES-GARCIA,                    )
25 |    a/k/a "Guero," and                )
   TIMOTHY PEOPLES,                       )
26 |    a/k/a "Tee,"                      )
                                          )
27 |         Defendants.                  )
                                          )
28

STIP. AND PROPOSED ORDER EXCLUDING SPEEDY TRIAL TIME

Subject to this Court's confirming order, the defendants, by and through undersigned counsel, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree as follows:

At a status conference before this Court on June 18, 2019, government counsel and counsel for the defendants agreed that time should be excluded under the Speedy Trial Act to allow for effective preparation of defense counsel, including reviewing voluminous discovery to be provided by the government in the immediate future, as soon as the parties have identified a discovery coordinator. At the request of the parties and in consultation with the courtroom deputy, the Court continued the matter to September 17, 2019 at 2:00 p.m. The parties, therefore, now jointly request that the time from June 18, 2019 to September 17, 2019 be excluded from computation under the Speedy Trial Act. The parties agree that, for the reasons set forth above, the ends of justice served by excluding the time from June 18, 2019 to September 17, 2019 outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The parties further agree that an excludable continuance is necessary for the effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

As such, the parties respectfully request that the Court order that the time from June 18, 2019 to September 17, 2019 be excluded from computation under the Speedy Trial Act.

DATED: June 20, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

  /s/ *Casey Boome*
CASEY BOOME
Assistant United States Attorney

  /s/ *with permission*
ETHAN ATTICUS BALOGH
Attorney for Marco Delgadillo

  /s/ *with permission*
RICHARD B. MAZER
Attorney for Lorenzo Lee

STIP. AND PROPOSED ORDER EXCLUDING SPEEDY TRIAL TIME

1
2
        /s/ *with permission*
    CANDIS MITCHELL
    Attorney for Anthony Brown

3
4
        /s/ *with permission*
    SCOTT A. SUGARMAN
    Attorney for Timothy Peoples

5
6
        /s/ *with permission*
    JAMES SCOTT THOMPSON
    Attorney for Deshawnte Gamboa

7
8
        /s/ *with permission*
    JESSICA WALSH
    Attorney for Jose Delgadillo

9
10
        /s/ *with permission*
    RANDY SUE POLLOCK
    Attorney for Deborah Polk

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. AND PROPOSED ORDER EXCLUDING SPEEDY TRIAL TIME

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, the Court finds that failing to exclude the time from June 18, 2019 to September 17, 2019 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 18, 2019 to September 17, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 18, 2019 to September 17, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Dated: June 20, 2019

HON. RICHARD SEEBORG
United States District Court Judge