| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | DANIEL PASTOR (CABN 297948)<br>JOSEPH TARTAKOVSKY (282223) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | daniel.pastor@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-226-RS |
| | ) | ORDER |
| Plaintiff, | ) | **STIPULATION RE: PRETRIAL AND TRIAL** |
| | ) | **DEADLINES FOR TRIAL** |
| v. | ) | |
| | ) | |
| EVAN MARTINEZ-DIAZ,<br>JESSE LOPEZ, III, | ) | Court:  Chief Judge Richard Seeborg |
| TIMOTHY PEOPLES, and | ) | Trial:  February 5, 2024, 9:00 a.m. |
| LUIS TORRES GARCIA | ) | |
| | ) | |
| Defendants. | ) | |

On November 6, 2023, the parties stipulated to a pretrial schedule (Doc. 471) which the Court subsequently ordered (Doc. 472). The parties now stipulate and respectfully request to extend the pretrial deadline for the filing of motions in limine, the joint pretrial statement and proposed order, and oppositions to motions in limine by one week each. The revised pretrial schedule proposed is as follows:

| | |
|---|---|
| December 6, 2023: | Deadline for government to produce discovery in its possession |
| December 13, 2023: | Expert disclosures; Notice of Rule 404(b) evidence; Disclosure of co-conspirator statements; production of any *Jencks* and *Henthorn* materials not otherwise previously produced |

STIPULATION RE: PRETRIAL AND TRIAL DEADLINES FOR TRIAL
19-CR-226-RS

1    December 27, 2023: Rebuttal expert disclosures

2    January 10, 2024: Joint Pretrial Statement and Proposed Order

3    January 10, 2024: Motions in Limine (including *Daubert* motions)

4    January 10, 2024: Parties to exchange exhibit and witness lists

5    January 24, 2024: Oppositions to Motions in Limine

6    January 24, 2024: Jury voir dire, proposed jury instructions, proposed verdict form

7    January 31, 2024: Pretrial Conference (already set by Court)

8    February 2, 2024:  Optional Trial Briefs due

Time has been excluded for all defendants through February 5, 2024.  Doc. 461.

IT IS SO STIPULATED.

DATED:  December 20, 2023                                  Respectfully submitted,


ISMAIL J. RAMSEY
United States Attorney


 __/s/_____
JOSEPH TARTAKOVSKY
DANIEL PASTOR
Assistant United States Attorneys


 __/s/_____
ARTURO HERNANDEZ-MELENDEZ
Counsel for EVAN MARTINEZ-DIAZ


 __/s/_____
ERICK L. GUZMAN
Counsel for JESSE LOPEZ, III


 __/s/_____
BRIAN BERSON
Counsel for TIMOTHY PEOPLES


 __/s/_____
JAMES VAUGHNS
Counsel for LUIS TORRES GARCIA

STIPULATION RE: PRETRIAL AND TRIAL DEADLINES FOR TRIAL
19-CR-226-RS

**IT IS SO ORDERED.**

DATED:  December 20, 2023

_____
HON. RICHARD SEEBORG
Chief United States District Judge