### ~~PROPOSED~~ ORDER/COVER SHEET

| | |
|---|---|
| **TO:** | **Honorable Sallie Kim**<br>**U.S. Magistrate Judge** |

**RE:** **Timothy Peoples**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:19-cr-00226-1**

**Date:** **3/19/24**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy Elder                                    (415)436-7519

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A.    Remove October 10, 2023, order reducing drug testing to once a week. The defendant is now ordered to submit to drug testing as directed by Pretrial Services.

B.    _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____    March 19, 2024
_____
**JUDICIAL OFFICER**                              **DATE**